```
                                                          FILED
1  KEVIN V. RYAN (CSBN 118321)                          JUN 2 3 2005
   United States Attorney
2
                                                       RICHARD W. WIEKING
3  EUMI L. CHOI (WVBN 0722)                         CLERK, U.S. DISTRICT COURT
   Chief, Criminal Division                        NORTHERN DISTRICT OF CALIFORNIA

4  JEFFREY R. FINIGAN (CSBN 168285)
   Assistant United States Attorney
5

6     450 Golden Gate Avenue
      San Francisco, California 94102
7     Telephone: (415) 436-7232
      Facsimile: (415) 436-7234
8     Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Criminal No. CR 05-00196 MHP |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND [PROPOSED]** |
| v. | ) **ORDER EXCLUDING TIME** |
| JOHN ROBERTO VALLE, | ) |
| Defendant. | ) |

The above-captioned matter came before the Court on June 6, 2005 for status. The defendant was represented by Ronald Tyler and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The case was set for July 1, 2005 for change of plea.

The Court made a finding on the record that the time from and including June 6 through July 1, 2005, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00196 MHP**

1 | defendant in a speedy trial. That finding was based on the need for the defendant to have
2 | reasonable time necessary for effective preparation, taking into account the exercise of due
3 | diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until July 1, 2005 and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED:   6/7/05

/s/
RONALD TYLER
Counsel for John Roberto Valle

DATED:   6/7/05

/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED:  6/22/05

_____
MARILYN HALL PATEL
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00196 MHP                    2