FILED

JUL 2 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CSBN 168285)
   Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California 94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Criminal No. CR 05-00196 MHP |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND [PROPOSED]** |
| v. | ) **ORDER EXCLUDING TIME** |
| JOHN ROBERTO VALLE, | ) |
| Defendant. | ) |

The above-captioned matter was scheduled to be before the Court on July 1, 2005 for change of plea. The defendant is represented by Ronald Tyler and the government is represented by Jeffrey Finigan, Assistant United States Attorney. The case was continued to July 18, 2005 for change of plea.

The Court hereby makes a finding on the record that the time from and including July 1 through July 18, 2005, should be excluded under the Speedy Trial Act, 18 U.S.C.

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00196 MHP**

1  § 3161(h)(8)(A), because the ends of justice served by taking such action outweigh the best
2  interest of the public and the defendant in a speedy trial. That finding is based on the need for
3  the defendant to have reasonable time necessary for effective preparation, taking into account the
4  exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C.
5  § 3161(h)(8)(B)(iv).

   The parties hereby agree to and request that the case be continued until July 18, 2005
and that the exclusion of time until then be granted. The parties agree and stipulate that the
additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),
because the ends of justice served by this continuance outweigh the best interest of the public and
the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively
prepare, taking into account the exercise of due diligence, and will provide for continuity of
counsel for the defendant.

DATED:   7/5/05            /s/
                           RONALD TYLER
                           Counsel for John Roberto Valle

DATED:   7/5/05            /s/
                           JEFFREY FINIGAN
                           Assistant U.S. Attorney

So ordered.
DATED: July 25, 2005

                           MARILYN HALL PATEL
                           UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00196 MHP                      2