IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN ROBERTO VALLE,<br><br>    Defendant. | No. CR 05-0196 MHP<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING |

STIPULATION

The parties agree to continue the sentencing in the above-captioned matter from November 28, 2005 until January 23, 2005 at 10:00 a.m. The purpose of the continuance is to allow time to complete the presentence process.

**IT IS SO STIPULATED**.

DATED: November 8, 2005       /S/
                  RONALD TYLER
                  Assistant Federal Public Defender
                  Counsel for John Roberto Valle

DATED: November 9, 2005       /S/
                  JEFFREY FINIGAN
                  Assistant United States Attorney

IT IS SO ORDERED.

DATED: 11/10/2005

                  MARILYN H. PATEL
                  UNITED STATES DISTRICT JUDGE

STIP & ORDER CONTINUING
SENTENCING HEARING