IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN ROBERTO VALLE,<br><br>　　　　　Defendant. | No. CR 05-0196 MHP<br><br>STIPULATION AND ORDER<br>CONTINUING HEARING |

## STIPULATION

The parties agree to continue the sentencing hearing in the above-captioned matter from January 23, 2006 until April 17, 2006. The basis for the continuance is two-fold: The presentence report has not yet been prepared. Defense counsel represents that much of the delay is due to defense counsel's failure to promptly arrange the presentence interview. Defense counsel further represents that newly-discovered evidence raises a serious mental health issue which must be and is presently being addressed. Defense counsel asserts that the Probation Office has indicated that the requested continuance will provide adequate time to complete preparation for sentencing.

It is so stipulated.

DATED: 1/19/06

_____
RONALD TYLER
Assistant Federal Public Defender
Counsel for John Valle

DATED: 1-19-06

_____
JEFFREY FINIGAN
Assistant United States Attorney

STIP & ORDER CONTINUING
HEARING
*United States v. John Valle*
CR 05-0196 MHP

- 1 -

# ORDER

The sentencing hearing in this matter is continued until April 17, 2006 at 9:00 a.m.

IT IS SO ORDERED.

DATED: 1/20/2006



MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

STIP & ORDER CONTINUING
SHEARING
*United States v. John Valle*
CR 05-0196 MHP

- 2 -