**FILED**

FEB 21 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )   No. CR 05-0196 MHP
                Plaintiff,     )
                               )
vs.                            )   ORDER PERMITTING VISITS FOR
                               )   PSYCHOLOGICAL CONSULTATION AND
JOHN ROBERTO VALLE,            )   TESTING
                               )
                Defendant.     )
                               )
                               )

TO:   UNITED STATES MARSHAL SERVICE AND THE ALAMEDA COUNTY GLENN DYER DETENTION FACILITY:

You are hereby directed to permit access to the Alameda County Glenn Dyer Detention Facility at reasonable times by Dr. Dale Watson in order that he might meet privately with the defendant, John Valle, PFN ULA 614, to conduct psychological consultation and testing.

IT IS SO ORDERED.

DATED: 2/21/06

MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

US v John Valle, CR 05-0196 MHP
ORDER PERMITTING VISITS FOR
PSYCH CONSULT AND TESTING