FILED

APR 1 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0196 MHP |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING HEARING |
| JOHN ROBERTO VALLE, | |
| Defendant. | |

**STIPULATION**

The parties agree to continue the sentencing hearing in the above-captioned matter from April 17, 2006 until June 26, 2006. The basis for the continuance is that the mental health issue has yet to be resolved (although it is now in process) and the presentence interview has not occurred (although it is scheduled for April 18, 2006). The Probation Office has indicated the need for sixty days from the interview date in order to complete the presentence process.

It is so stipulated.

DATED: 4/12/06

RONALD TYLER
Assistant Federal Public Defender
Counsel for John Valle

DATED: 4/12/06

JEFFREY FINIGAN
Assistant United States Attorney

STIP & ORDER CONTINUING
HEARING
*United States v. John Valle*
CR 05-0196 MHP

- 1 -

1 **ORDER**

2 The sentencing hearing in this matter is continued until June 26, 2006 at 9:00 a.m.

3 IT IS SO ORDERED. *No further extension*

4

5 DATED: 4/13/06

6 _____
MARILYN HALL PATEL
UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER CONTINUING
SHEARING
*United States v. John Valle*
CR 05-0196 MHP

- 2 -