FRANK Z. LEIDMAN, S.B. #96294
Law Offices of Frank Z. Leidman
345 Franklin Street, Suite 105
San Francisco, CA 94102-4427
Telephone: (415) 982-0321
Fax: (415) 982-7495
Email: Frank@LeidmanLaw.com

Attorney for Defendant
JOHN ROBERTO VALLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. 05-CR-0196-WHA |
| --- | --- |
| Plaintiff, | ) No. 11-CR-0396- WHA |
| v. | ) **STIPULATION AND [PROPOSED] ORDER** |
| JOHN ROBERTO VALLE, | ) |
| Defendant. | ) |

The United States, by and through Assistant United States Attorney W.S. Wilson Leung, and Defendant John Roberto Valle, by and through his counsel of record, Frank Z. Leidman, jointly submit this Stipulation and Proposed Order on behalf of the parties, to request that the supervised release revocation hearing in the above-captioned matter be continued from the afternoon calendar on Tuesday, July 14, 2015 to the afternoon calendar on Tuesday, August 11, 2015.

The parties hereby stipulate and agree to the following:

1. The defendant is charged with violating the terms of his supervised release and has an evidentiary hearing scheduled for July 14, 2015;

2. Defense counsel is continuing to seek certain tests and evaluations of defendant Valle that counsel has been advised by competent experts are relevant and necessary to the issues presented in the supervised release proceeding;

3. Accordingly, the defense seeks additional time prior to the evidentiary hearing in order to obtain these tests and evaluations. The parties respectfully request Tuesday, August

11, 2015 as the new date for the evidentiary hearing.

SO STIPULATED.

Date:  Monday, July 13, 2015        MELINDA HAAG
                                    United States Attorney

                                    /s/ W.S. Wilson Leung
                                    By:  W.S. WILSON LEUNG
                                    Assistant United States Attorney

Date:  Monday, July 13, 2015        LAW OFFICES OF FRANK Z. LEIDMAN

                                    /s/ Frank Z. Leidman
                                    By:  FRANK Z. LEIDMAN
                                    Attorney for Defendant
                                    JOHN ROBERTO VALLE

SO ORDERED.

Date: July 13, 2015

                                    HON. WILLIAM ALSUP
                                    United States District Judge

P-StipulationOrder2ReContinuanceForm12Hearing.950

LAW OFFICES OF
FRANK Z. LEIDMAN
345 FRANKLIN STREET, SUITE 105
SAN FRANCISCO, CALIFORNIA 94102-4427
TEL.: (415) 982-0321 • FAX: (415) 982-7495