1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6758
       FAX: (415) 436-6753
7      wilson.leung@usdoj.gov

8  Attorneys for the United States of America

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) 05-CR-0196-WHA |
|---|---|
|  | ) 11-CR-0396-WHA |
| v. | ) |
|  | ) **STIPULATION AND [PROPOSED] ORDER** |
| JOHN ROBERTO VALLE, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

The Government respectfully submits this Stipulation and Proposed Order on behalf of the parties to request that the supervised release revocation hearing in the above-captioned matter be continued from August 11, 2015 until September 22, 2015. The parties hereby stipulate and agree to the following:

1. The defendant is charged with violating the terms of his supervised release and has an evidentiary hearing scheduled on the violation allegations for March 17, 2015.

2. Defense counsel is seeking certain tests and evaluations of the defendant that he feels are relevant to the issues presented in the supervised release proceeding. However, due to an ongoing family emergency, counsel has been unable to have these tests and evaluations completed.

3. Accordingly, the defense seeks additional time prior to the evidentiary hearing in order to

1 | pursue these tests and evaluations.  The parties respectfully suggest September 15, 2015 [22] as
2 | the new date for the evidentiary hearing.

3 SO STIPULATED.

4 DATED:  August 10, 2015                    MELINDA HAAG
                                             United States Attorney

6                                        By:        /s/
                                             W.S. WILSON LEUNG
7                                            Assistant United States Attorney

8
9 DATED:  August 10, 2015                           /s/
                                             FRANK LEIDMAN, ESQ.
10                                           Counsel for defendant John Roberto Valle

12 SO ORDERED.

13 DATED: August  11 , 2015

14                                           HON. WILLIAM ALSUP
                                             United States District Judge