1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5          450 Golden Gate Avenue, Box 36055
           San Francisco, California 94102-3495
6          Telephone: (415) 436-6758
           FAX: (415) 436-6753
7          wilson.leung@usdoj.gov

8  Attorneys for the United States of America

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA          )    05-CR-0196-WHA
                                       )    11-CR-0396-WHA
14           v.                        )
                                       )    **STIPULATION AND [PROPOSED] ORDER**
15  JOHN ROBERTO VALLE,                )
                                       )
16           Defendant.                )
                                       )
17  _____   )

18        The Government respectfully submits this Stipulation and Proposed Order on behalf of the

19  parties to request that the supervised release revocation hearing in the above-captioned matter be

20  continued from September 22, 2015 to October 6, 2015.  The parties hereby stipulate and agree to the

21  following:

22        1.  The defendant is charged with violating the terms of his supervised release and has an

23            evidentiary hearing scheduled on the violation allegations for March 17, 2015.

24        2.  Defense counsel is seeking certain tests and evaluations of the defendant that he feels are

25            relevant to the issues presented in the supervised release proceeding.  Accordingly, due to

26            this and other scheduling circumstances, the parties requested continuances of the hearing

27            date.  The presently-scheduled hearing date is September 22, 2015.

28        3.  However, the parties failed to realize until recently that September 22, 2015 is Kol Nidre, the

1   first day of the holiday of Yom Kippur.  Accordingly, the parties respectfully request a

2   further continuance of the hearing date.  After conferring, the parties would respectfully

3   suggest October 6, 2015, at 2 pm, if the Court's schedule permits this date and time.

4   SO STIPULATED.

5   DATED:  September 21, 2015

                                                  Brian J. Stretch
                                                  Acting United States Attorney

6

7   By:  _____/s/_____
                                                W.S. WILSON LEUNG

8                                                   Assistant United States Attorney

9

10   DATED:  September 21, 2015
                                                 _____/s/_____
                                                FRANK LEIDMAN, ESQ.

11                                                   Counsel for defendant John Roberto Valle

12

13   SO ORDERED.

14   DATED: September 22, 2015

15                                             HON. WILLIAM ALSUP
                                          United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28